

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

October 19, 2022

**BY EMAIL**

The Honorable Judith C. McCarthy
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Greg Brown*, 22 Mag. 7592

Dear Judge McCarthy:

    The Government writes to respectfully request that the Court unseal the Complaint, 22 Mag. 7592, and related arrest warrant for defendant Greg Brown in the captioned case, as the Defendant has been arrested.

                                        Respectfully submitted,

                                        DAMIAN WILLIAMS
                                        United States Attorney

by: _____
               Benjamin Klein
               Assistant United States Attorney
               (914) 993-1908

**APPLICATION GRANTED**

_____
Hon. Judith C. McCarthy

10-20-2022